the City of New York. L. Kunen, for appellant. T. Connolly, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

HOUGHTON, J., dissents.

---

JONES, Respondent, v. O'DONAGHUE, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Melvina A. Jones against Michael O'Donaghue, as administrator, etc., of Bridget O'Donaghue, deceased. No opinion. Judgment and order of the County Court of Queens county unanimously affirmed, with costs.

---

JOSEPH, Respondent, v. HERZIG, Appellant. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Action by Jeanette H. Joseph against Simon Herzig, individually, etc. A. G. Meyer, for appellant. C. A. Mead, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 115 N. Y. Supp. 330; 116 N. Y. Supp. 1139.

---

KAPLAN v. WALLIS. (Supreme Court, Appellate Term. May 27, 1909.) Appeal from City Court of New York, Special Term. Action by Moses Kaplan against Frederick A. Wallis. From an order directing him to serve a bill of particulars of his counterclaim, defendant appeals. Reversed. Heyn & Covington (Bernard G. Heyn, of counsel), for appellant. Herman Roth, for respondent.

LEHMAN, J. The affidavit for the bill of particulars is so defective that it is insufficient to "set the court in motion." Wales Mfg. Co. v. Lazzaro, 19 Misc. Rep. 477, 43 N. Y. Supp. 1110. The order appealed from should be reversed, with $10 costs and disbursements. All concur.

---

KARELSEN, Respondent, v. PEASE & ELLIMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by David A. Karelsen against Pease & Elliman, a corporation. No opinion. Judgment and order of the Municipal Court unanimously affirmed, with costs.

---

KEENER, Respondent, v. RANSOME & SMITH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by Stephen N. Keener against the Ransome & Smith Company. No opinion. Judgment and order affirmed, with costs.

---

KELLER, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court. Appellate Division, Fourth Department. May 19, 1909.) Action by William F. Keller against the Lehigh Valley Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents.

---

KERWIN, Appellant, v. POST et al., Respondents. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Andrew J. Kerwin, Jr., against Alfred Post and others. C. W. Pierson, for appellant. F. P. Ufford, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 120 App. Div. 179, 104 N. Y. Supp. 1005.

---

KILL, Respondent, v. CHEEVERS, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Daniel Kill against Patrick Cheevers. No opinion. Judgment and order of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that it is not established by a preponderance of the evidence that the injury to the boat complained of was occasioned by improper loading.

---

KIPPLEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by Anna C. Kippley, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

---

In re KNIGHTS OF PYTHIAS. (Supreme Court, Appellate Division, First Department. May 14, 1909.) In the matter of the Knights of Pythias. No opinion. Motion granted, with $10 costs. Order filed.

---

KUFFLER, Respondent, v. BECK, Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Michael Kuffler, as administrator, against Jennie Beck. L. A. Spalding, for appellant. M. Cukor, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

KURTZ et al., Respondents, v. HILGER, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Gittle Kurtz and others against Nicholas Hilger. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the judgment is not sustained by the evidence.

---

LA COLLA, Respondent, v. ABENDROTH & ROOT MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909). Action by James La Colla, an infant, by Kate Romano, his guardian ad litem, against the Abendroth & Root Manufacturing Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

LADEW v. SLEIGH. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Appeal from Special Term, New York County. Action by Louise B. W. Ladew, executrix, against Arthur H. Sleigh. From an order denying defendant's motion to set aside an order of publication, he appeals. Reversed, and motion granted. David C. Bennett, Jr., for appellant. J. Campbell Thompson, for respondent.

PER CURIAM. We think that upon the affidavits there were no facts presented which